Rec# 150016861

In care of"
Johnson, Davon
19660 Elkhart Street
Harper Woods, Michigan 48225
26 Aug 25

## IN THE MICHIGAN EASTERN DISTRICT COURT

Johnson, Davon]

Plaintiff  ]

v.s  ]

Galen, Kathleen-G.] Fratarcangeli, Mark-A.]

Michigan B.A.R. Association]

Defendants ]

| Case: 5:25-cv-12712 |
| Assigned To : Levy, Judith E. |
| Referral Judge: Ivy, Curtis, Jr |
| Assign. Date : 8/28/2025 |
| JOHNSON V. GALEN, et al. |

**Demand For A Settlement Conference**

(Complaint) JB

## 200-<u>MILLION DOLLAR CLAIM UNDER 42 U.S.C. SEC. 1983 FOR VIOLATION OF DUE PROCESS DUE TO THE STATE'S STATUTES THAT ARE NOT VALID LAWS, AND VIOLATION OF THE SEPERATION CLAUSE IN THE CONSTITUTION, NOTICE OF CLAIM UNDER THE TUCKERS ACT 2.4.C FOR VIOLATIONS OF DUE PROCESS BY HOLDING THE PLAINTIFF'S PLEADINGS TO A HIGHER STANDARD WHEN ATTORNEYS DON'T HAVE A LICENSE</u>

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Comes Now Johnson, Davon, Propria Persona I'm representing myself "in Propria Persona" (I'm my own person) or "pro-per" Qualified me as an attorney in fact, according to "Black's Law Dictionary. Asserting my Sovereign Right to represent myself in legal matters establishes my status as my own attorney. To proceed in Pro Per means that the court cannot impose the same standard upon me as is imposed on a licensed attorney. The United States Supreme Court Ruled; The practice of Law CAN NOT be licensed by any state/State. (Schware v. Board of Examiners, 353 U.S. 238, 239). This court will treat me as my own attorney, differently than it would treat me as the defendant. This Claim will be under the "Tuckers Act" Codified at 28 U.S.C. sec. 1346 (a) and 1491.

1

## Short And Plain Statement of The Claim:

The Judges acted with deliberate indifference to the Constitution and Federal laws when they dismissed the plaintiff's claims using an administrative court process that did not use a fact of findings and conclusions of law. The erroneous fact of finding and conclusions of law, the judges erroneous decision is not legal and cannot be challenged or appealed without filing a civil action therefore is in violation of the plaintiff's due process. It is not fair to the plaintiff who agreed to the district court process under the assumption the court was a judicial court connected to the constitution where the process would be fair for all parties. The plaintiff's due process was violated when the district and circuit judges used the court's administrative process to dispose of the plaintiff's case in what appears to be an attempt to assist fellow B. A. R. members in disposing of the plaintiff's civil claim. The judges conspired to hold the pleadings and conduct of the plaintiff to the heightened standard of a licensed attorney when no attorney has a license. Forcing a plaintiff to be held to the standard of a licensed attorney is a violation of the plaintiff's right to "Due Process" It would also be "Common Law Fraud" because no attorney or B A. R. member had a license to practice law.

## Jurisdiction Statement.

"Little" Tucker Act (28 U.S.C. § 1346), the current version of which gives concurrent jurisdiction to the **Court of Federal Claims and the District Courts**. The Constitution and 28 U.S.C. § 1332 vest federal courts with jurisdiction to hear cases that "arise under" federal law.

## The Tuckers Act.

The Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the original Court of Claims' jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation, and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United

States government has **waived** its sovereign immunity with respect to lawsuits pertaining to 5th Amendment violations of due process. The Tucker Act may be divided into the "Big" Tucker Act, which applies to claims above $10,000 and gives jurisdiction to the United States Court of Federal Claims, and the **"Little" Tucker Act (28 U.S.C. § 1346)**, the current version of which gives concurrent jurisdiction to the Court of Federal Claims and the District Courts.

## Legal Notice:

Officers of the Court Pursuant to the United States Constitution, Federal Laws, and your oaths of office you are hereby given notice that you are in violation of the above and the plaintiff intends to commence a lawsuit against you for 200 million in damages plus Plaintiff **is demanding diplomatic immunity status documentation with documents to prevent retaliation from the Federal and/or State Governments(') Corporate Court System(s)** . This dispute stems from government official misconduct under the color of law. The unlawful conduct of the officers of the court has been well documented in the court record and that court record will be used as evidence in **"The UNITED STATES COURT OF FEDERAL CLAIMS" case, to be filed in the "Court Of Federal Claims",** where the plaintiff will have a fair opportunity to present his case to an **impartial Judge**. Plaintiff, states officers of the 38TH District court have conspired to hold his pleadings and his conduct to the heightened standard as a licensed attorney. Forcing a plaintiff to be held to the standard of a licensed attorney is a violation of the plaintiff's right to **"Due Process" It was "Common Law Fraud"** because no one had a license to practice law. The practice of law cannot be licensed by any state/State. Schware v. Board of Examiners, United States Reports 353 U.S. pgs. 238, 239. In Sims v. Aherns, 271 S.W. 720 (1925) "The practice of law is an occupation of common right." A bar card is not a license, it's a dues card and/or membership card. A club or association is not a license, it has a certificate from the State, and the two are not the same. The plaintiff states the name on the attorney's certificate is not the same name that is being signed in the court documents. The certificate is not a license to practice law.

## The Dispute

The fact that Defendant Judges **Galen, Kathleen-G., and Fratarcangeli, Mark-A.,** State Defendants **Michigan Supreme Court and The State of Michigan,** Defendant **Michigan B.A.R. Association and Judge Druzinski, Diane-M.,** in 16TH Circuit Court case number 25-001353-NZ, **dismissed** the plaintiff's pleadings based on administrative rules and did not provide **"a fact of findings" or "rule of law"** is a violation of the **plaintiff's due process.** The courts' day-to-day procedure is common law fraud. Whenever a lawyer is involved in a case directly or indirectly, as a litigant or assisting in counsel, all lawyers-judges have to disqualify themselves, as there cannot be a constitutional trial and there would be a violation of the conflict-of-interest laws, along with the violation of the separation of powers and checks and balances, because "OFFICERS" OF THE COURT ARE ON BOTH SIDES OF THE BENCH.

## Causes of Action:

a. Violation of the Tuckers Act.

b. Common Law Fraud.

c. The Violation of Due Process.

d. Violation of the Administrative Procedures Act of 1946.

## The Administrative Procedures Act (1946)

This act will prove the plaintiff is not legally obligated to follow court rules that have not gone through the required procedures to "legislative" regulations binding on the public.

## Demand For Judgement:

The plaintiff demands the court to grant judgment for **200 million Dollars,** in compensatory, punitive, and future damages, revoking the judges' bonds and licenses to practice law.

## Parties/Corporations

1. Judge Galen, Kathleen-G., is a resident of this court's jurisdiction.

a. Judge Galen, Kathleen-G., is doing business in this court's jurisdiction as the Chief Judge of the 38th Judicial District Court of Eastpointe of Macomb County Michigan.

b. Judge Galen, Kathleen-G.'s Bond Insurance.

2. Judge Fratarcangeli, Mark-A., is a resident of this court's jurisdiction.

a. Judge Galen, Kathleen-G., is doing business in this court's jurisdiction as the Chief Judge of the 40th Judicial District Court of Saint Clair Shores of Macomb County Michigan.

b. Judge Fratarcangeli, Mark-A.'s Bond Insurance.

3.Michigan B.A.R. Association

## Negligence:

a. The judges' breached the duty of care owed when the judges held the plaintiff's pleading to a higher standard than a licensed attorney.

b. The judges' violated the plaintiff's due process when the judges ruled in the case without including the finding of facts, and a conclusion of law.

b. The defendants also violated the **separation clause in the constitution** because there are

B. A. R. members on both sides.

d. The judges have a **conflict of interest.**

e. The court's normal everyday procedures are clearly in **violation of the rights of citizens.**

f. The breach of duty caused by the defendant caused the plaintiff to suffer substantial damages including past and future legal expenses, and past and future economic and non-economic loss.

g. Always relevant the defendants were acting in the scope of their employment with the state corporation.

h. Pursuant to the **Tucker Act**. The court waives immunity for employees violating the rights of state citizens.

5

i. The defendant's violated the plaintiff's 5th Amendment right to **due process.**

j. The Defendants conspired against the Plaintiff to hold his pleadings to a higher standard than attorneys who are not licensed.

**Summary:**

All officers of the Michigan Eastern District Court are hereby placed on notice under the authority of the supremacy and equal protection clauses of the United States Constitution and the common law authorities of Haines v Kerner, 404 U.S. 519, Platsky v. C.I.A. 953 F.2d. 25, and Anastasoff v. United States, 223 F.3d 898 (8th Cir. 2000) relying on Willy v. Coastal Corp., 503 U.S. 131, 135 (1992), "United States v. International Business Machines Corp., 517 U.S. 843, 856 (1996), quoting Payne v. Tennessee, 501 U.S. 808, 842 (1991) (Souter, J., concurring). Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647, American Red Cross v. Community Blood Center of the Ozarks, 257 F.3d 859 (8th Cir. 07/25/2001). In re Haines: pro se litigants (Plaintiff is a pro se litigant) are held to less stringent pleading standards than BAR registered attorneys.

Regardless of the deficiencies in their pleadings, pro se litigants are entitled to the opportunity to submit evidence in support of their claims. In re Platsky: court errs if the court dismisses the pro se litigant (Plaintiff is a pro se litigant) without instruction of how pleadings are deficient and how to repair pleadings. In re Anastasoff: A litigant's constitutional rights are violated when courts depart from precedent where parties are similarly situated. All litigants have a constitutional right to have their claims adjudicated according to the rule of precedent. See Anastasoff v. United States, 223 F.3d 898 (8th Cir. 2000). Statements of counsel, in their briefs or their arguments, are not sufficient for a motion to dismiss or for summary judgment, Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

The plaintiff has been damaged in cases where judges dismissed the plaintiff's pleadings based on an administrative policy or stature that is not a valid law. The courts forced the plaintiff to be held to the standard of a licensed attorney. The defendants are jointly liable for each claim through the conspiracy statutes.

**Claims:**

**1st Claim-** Violation of the Tuckers Act.

**2nd Claim-** Violation of Due Process

**3rd Claim-** Violation of the Administrative Procedures Act. Of 1946.

**4th Claim-** Conspiracy.

## Damages:

1. Plaintiff adopts and incorporates by reference if fully set forth herein the document.

2. As a direct and proximate result of the acts and/or omissions of the defendants, the plaintiff is entitled to recover damages.

3. The damages for which Plaintiff seeks compensation from the defendants, both jointly and severally, include but are not limited to, the following:

4. As a result of the defendant's actions, the plaintiff was wrongfully evicted from his home, physically injured, and in the following ways and seeks award for the following damages:

a. Plaintiff suffered and continues to suffer Physical Damages, Mental Damages, Constant Panic attacks, Restless Nights, Feelings of Hopelessness, Constant Nightmares, Defamation of Good Character, Loss of Credibility, Shame, Humiliation, Major PTSD with Shock and Trauma Substantial Damages from the wrongful auctioning and eviction of/from his Property, and Severe Emotional pain, Major Past and Future Economic Loss including loss of a Thriving Partnership, and Loss of potential partnerships along with Plaintiff's suffering.

b. Plaintiff suffers from Loss of Creditworthiness due to wrongful, and negative reporting's and credit card/line of credit debt, and account closures as a result of defendants' actions. The defendants' actions have caused gross humiliation, degradation, loss of freedom to enjoy life, and privacy.

c. Plaintiff seeks Full Compensatory and Major Punitive Damages.

d. Plaintiff seeks all costs, including all discretionary costs.

**WHEREFORE**, Plaintiff Demand the following:

a. That the court enter a judgment in favor of the plaintiff, and against the defendants on all counts of the Complaint:

b. That the court award compensatory damages to the plaintiff, and against the defendants jointly and severally, in an amount to be determined at trial:

c. That the court award punitive damages to the plaintiff, and against the defendants, jointly and severally, in an amount to be determined at trial in order that such an award will deter similar proscribed conduct by the defendants in the future.

d. That the court award the plaintiff, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to Little Tucker's act.

e. That the court grants the plaintiff such other equitable relief that the court deems appropriate.


Without Recourse

/s/ Johnson, Davon "Under Duress"

Without Prejudice UCC 1-308

8

**AFFIDAVIT OF Johnson, Davon**

**STATE OF MICHIGAN**

**COUNTY OF WAYNE**

I, the Affiant, who goes by a man,  being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been represented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of Michigan, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and say: The above-mentioned case must be transferred in the interest of justice. Other state court judges are participating in the same misconduct and therefore the defendant cannot get a fair and impartial trial in the state court.

FURTHER AFFIANT SAITH NOT.

I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of Michigan, the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Johnson, Davon executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this _17th_ day of August in the year 2025, under penalty of perjury under the laws of the United States of America

_Wherecourse ДД_____

(Affiant)

SUBSCRIBED AND SWORN to this, _27_ day of, August 2025.

_Brandy S. Davis_

Notary Public; in and for _Oakland_

BRANDY S DAVIS
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires 08-09-2030
Acting in the County of _Oakland_

Exhibit

1

Exhibit 1
pg 1 of 5.

Approved, SCAO

PROBATE OSM CODE: EXR

| STATE OF MICHIGAN | CERTIFICATION OF RECORDS/ | CASE NO. |
|---|---|---|
| 38TH JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY PROBATE | ATTESTATION OF EXEMPLIFIED COPIES | 19EA06929B |

Court address

16101 E 9 Mile Rd, Eastpointe, MI 48021

Court telephone no.

(586) 445-5020

| Plaintiff<br>ONE STOP CONTRACTING LLC//<br>57296 BLOSSOM DR<br>WASHINGTON    MI 48094 | v | Defendant<br>JOHNSON/DAVON/<br>23027 TUSCANY<br>EASTPOINTE    MI 48021 |
|---|---|---|

☐ Juvenile   In the matter of _____

☐ Probate   In the matter of _____

## ATTESTATION OF CLERK/REGISTER

I am the clerk/register of the court and I attest that:

1. I am the custodian of the records of the   38TH DISTRICT COURT _____ court.

2. I have compared the annexed copies of   CERTIFIED COPY OF ROA

_____

from the above case with the originals on file and of record in this court, and I find the copies to be true copies of the whole

of such originals.

07/25/2025
Date

_Signature_

Clerk/Register (type or print)

By:  L.Robinson
Deputy clerk/register (type or print)

## CERTIFICATION OF JUDGE

I,  KATHLEEN GALEN _____, judge of the   38TH DISTRICT COURT
Name (type or print)

court, certify that the above attestation is in proper form and that the signature is genuine.

07/25/2025
Date

Bar no.

NOTE: The Certification of Judge is completed o̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶ sent out of the state.

MC 202  (6/03)  CERTIFICATION OF RECORDS/ATTES̶̶̶̶̶̶̶̶̶̶ EMPLIFIED COPIES

28 USC 1738

Exhibit 1  pg 2 of 8

| STATE OF MICHIGAN 38TH JUDICIAL DISTRICT | REGISTER OF ACTIONS | CASE NO: 25-00860      LT STATUS: DISP |
|---|---|---|

Court Address 16101 NINE MILE ROAD
        EASTPOINTE      MI  48021

**Court Telephone**
586-445-5020
P-42727

JUDGE OF RECORD: GALEN, KATHLEEN G.,

P01  PLAINTIFF            (CLSD)
**ONE STOP CONTRACTING LLC//**
57296 BLOSSOM DR
WASHINGTON       MI 48094

Primary Attorney
P-68888
GOJCAJ, PETER ,
STE. 215
838 W. LONG LAKE ROAD
BLOOMFIELD HILLS MI 48302
248-396-2088 0000

D01  DEFENDANT         (DISP)
JOHNSON/DAVON/
23027 TUSCANY
EASTPOINTE     MI 48021

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|
| 03/20/25 | LOCAL RENTAL AND HOUSING INFORMATION | MI1 |
| | ADVICE OF RIGHTS AND INFORMATION | MI1 |
| | (LANDLORD-TENANT) | MI1 |
| P01 | 2ND MAILING REQUESTED      SCHOEN, MARLAYNA  P-69505 | MI1 |
| | REQUEST FOR COURT MAILING (LANDLORD-TENANT) | MI1 |
| P01 | LTMR R MAILED         SCHOEN, MARLAYNA  P-69505 | MI1 |
| | MAILING FEE | MI1 |
| P01 | SUMM & COMP TERMINATION OF TENANCY FILED | MI1 |
| | COMPLAINT TO RECOVER POSSESSION OF PROPERTY | MI1 |
| 03/21/25 | | MI1 |
| P01 | MIFILE FILING FEE PAID $13.00 | MI1 |
| | RCPT #67DC234CCD11B19DCDFF3208 | MI1 |
| D01 | SUMM & COMP ISSUED | MI1 |
| | SUMMONS ISSUED | MI1 |
| P01 | MIFILE FILING FEE PAID $55.00 | MI1 |
| | RCPT #67DC234CCD11B19DCDFF3208  SCHOEN, MARLAYNA  P-69505 | MI1 |
| P01 | 2ND MAILING MAILED | MI1 |
| | RECORD FOR COURT MAILING (LANDLORD-TENANT) | MI1 |
| | AMENDED         SCHOEN, MARLAYNA  P-69505 | MI1 |
| P01 | PROOF FILED | MI1 |
| | PROOF OF SERVICE | MI1 |
| P01 | SUMM & COMP FOR NON PAYMENT OF RENT FILED | MI1 |
| | COMPLAINT, NONPAYMENT OF RENT | MI1 |
| | AMENDED | MI1 |
| 03/24/25 | PRE-TRIAL TERMINATION OF TENANCY SCHEDULED | FT |
| ALL | 04/10/25 08:00A | FT |
| | 2ND MAILING MAILED      SCHOEN, MARLAYNA  P-69505 | MI1 |
| | RECORD FOR COURT MAILING (LANDLORD-TENANT) | MI1 |
| 03/25/25 | SUMM & COMP ISSUED      SCHOEN, MARLAYNA  P-69505 | MI1 |
| P01 | SUMMONS ISSUED | MI1 |
| | AMENDED | MI1 |

*Exhibit 1*
*pg 3 of 8*

ONE STOP CONTRACTING L v  JOHNSON/DAVON/          CASE#: 25-00860      PAGE:  2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|
| 03/29/25 | | | MI1 |
| D01 | SUMM & COMP PERSONALLY SERVED | SCHOEN,MARLAYNA  P-69505 | MI1 |
| | RETURN OF SERVICE ON COMPLAINT - PERSONALLY | | MI1 |
| D01 | SUMM & COMP PERSONALLY SERVED | SCHOEN,MARLAYNA  P-69505 | MI1 |
| | RETURN OF SERVICE ON COMPLAINT - PERSONALLY | | MI1 |
| 04/03/25 | | | MI1 |
| D01 | ANSWER FILED | | MI1 |
| | ANSWER | | MI1 |
| | MISCELLANEOUS | | MI1 |
| 04/04/25 | | | MI1 |
| | MISCELLANEOUS | | MI1 |
| | AMENDED COUNTERCLAIM | | MI1 |
| D01 | NOTICE FILED | | MI1 |
| | NOTICE (GENERAL) | | MI1 |
| P01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | MI1 |
| D01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | MI1 |
| | MISCELLANEOUS | | MI1 |
| 04/08/25 | | | MI1 |
| D01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | MI1 |
| D01 | NOTICE FILED | | MI1 |
| | NOTICE (GENERAL) | | MI1 |
| | MISCELLANEOUS | | MI1 |
| 04/09/25 | | SCHOEN,MARLAYNA  P-69505 | MI1 |
| P01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | MI1 |
| | MISCELLANEOUS | | MI1 |
| D01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | MI1 |
| D01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | MI1 |
| | MISCELLANEOUS | | MI1 |
| | NOTICE OF TITLE DISPUTE | | MI1 |
| 04/10/25 | PRE-TRIAL TERMINATION OF TENANCY HELD | | FT |
| ALL | POSSESSION FOR PLT REDEMPTION PERIOD EXPIRED | | FT |
| | COUNTERCLAIM TO FILE AT CIRCUIT COURT | | FT |
| | COUNTERCLAIM DISMISSED W/OUT PREJ | | FT |
| | GRANTED JDG FOR POSSESSION DFT TO MOVE BY | | FT |
| | 042125 | SCHOEN,MARLAYNA  P-69505 | FT |
| P01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | MI1 |
| D01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | MI1 |
| D01 | NOTICE FILED | | MI1 |
| | NOTICE (GENERAL) | | MI1 |
| | AND REQUEST FOR RECORD OF HEARING | | MI1 |
| 04/14/25 | | SCHOEN,MARLAYNA  P-69505 | MI1 |
| P01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | MI1 |
| | EXHIBIT LOG | | MI1 |
| P01 | NOTICE OF HEARING FILED | SCHOEN,MARLAYNA  P-69505 | MI1 |
| | NOTICE OF HEARING | | MI1 |

Exhibit 1
pg 4 of 8

ONE STOP CONTRACTING L v  JOHNSON/DAVON/        CASE#: 25-00860    PAGE:  3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|------|------|------|------|
| 04/14/25 | | SCHOEN,MARLAYNA  P-69505 | MI1 |
| P01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | SCHOEN,MARLAYNA  P-69505 | MI1 |
| P01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | SCHOEN,MARLAYNA  P-69505 | MI1 |
| P01 | BRIEFS FILED | | MI1 |
| | BRIEF | SCHOEN,MARLAYNA  P-69505 | MI1 |
| P01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | SCHOEN,MARLAYNA  P-69505 | MI1 |
| P01 | MOTION FILED | | MI1 |
| | MOTION, GENERAL | | MI1 |
| | FOR SANCTIONS | | MI1 |
| | MIFILE FILING FEE PAID $20.00 | | MI1 |
| | RCPT #67FD0D84BC2AC3E7AF84A5C9 | SCHOEN,MARLAYNA  P-69505 | MI1 |
| P01 | NOTICE SEVEN DAY RULE FILED | | MI1 |
| | 7-DAY NOTICE ON PROPOSED JUDGMENT | | FT |
| ALL | MOTION SCHEDULED     04/24/25 11:00A | | MI1 |
| D01 | FUTURE CALENDAR DATE(S) REMOVED | SCHOEN,MARLAYNA  P-69505 | MI1 |
| D01 | JUDGMENT TERMINATION OF TENANCY ENTERED | | MI1 |
| | JUDGMENT, TERMINATION OF TENANCY, MOBILE HOME | | MI1 |
| | PARK | | MI1 |
| 04/16/25 | | | MI1 |
| | MISCELLANEOUS | | MI1 |
| | DFT'S OBJECTION TO PLT'S MOTION FOR SANCTION | | MI1 |
| D01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | MI1 |
| 04/17/25 | | SCHOEN,MARLAYNA  P-69505 | MI1 |
| P01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | MI1 |
| | MISCELLANEOUS | | MI1 |
| | OBJECTION TO JDG | | MI1 |
| | EXHIBIT LOG | | MI1 |
| D01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | |
| 04/21/25 | | SCHOEN,MARLAYNA  P-69505 | MI1 |
| P01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | |
| 04/24/25 | | | FT |
| | RESET HRG PER JUDGE | | FT |
| 04/25/25 | | | |
| ALL | MOTION SCHEDULED (ZOOM   ) | | FT |
| | 05/15/25 10:00A | | FT |
| D01 | NOTICE TO APPEAR ISSUED | | FT |
| D01 | COMMENTS: | | FT |
| D01 | ZOOM HEARING MEETING ID 958-835-8213 | | FT |
| D01 | ADJOURNED FROM: | | FT |
| D01 | 04/24/2025 | | MI1 |
| D01 | NOTICE OF HEARING FILED | | MI1 |
| | NOTICE OF HEARING | | MI1 |
| P01 | NOTICE OF HEARING FILED | | MI1 |
| | NOTICE OF HEARING | | |
| 05/05/25 | | SCHOEN,MARLAYNA  P-69505 | MI1 |
| P01 | PROOF FILED | | MI1 |
| | PROOF OF SERVICE | | |

Exhibit 1
Pg 5 of 8

ONE STOP CONTRACTING L v  JOHNSON/DAVON/     CASE#: 25-00860    PAGE: 4

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | | INITIALS |
|---|---|---|---|---|
| 05/07/25 | | | | PB |
| P01 | APPEARANCE FOR SUBST OF ATTORNEYS FILED | GOJCAJ,PETER , | P-68888 | MI1 |
| | SUBSTITUTION OF ATTORNEY | | | MI1 |
| P01 | PROOF FILED | SCHOEN,MARLAYNA | P-69505 | MI1 |
| | PROOF OF SERVICE | | | MI1 |
| P01 | BRIEFS FILED | SCHOEN,MARLAYNA | P-69505 | MI1 |
| | BRIEF | | | MI1 |
| P01 | MOTION FILED | SCHOEN,MARLAYNA | P-69505 | MI1 |
| | MOTION, GENERAL | | | MI1 |
| | AMENDED | | | MI1 |
| | EXHIBIT LOG | | | |
| 05/08/25 | | | | PB |
| P01 | P01 050725 APF27 ACTION UPDATED | | | PB |
| P01 | ADDITIONAL ATTORNEY ADDED | GOJCAJ,PETER , | P-68888 | PB |
| P01 | ADDITIONAL ATTORNEY REMOVED | GOJCAJ,PETER , | P-68888 | PB |
| P01 | PRIMARY ATTORNEY REMOVED | SCHOEN,MARLAYNA | P-69505 | PB |
| P01 | APPEARANCE FILED | GOJCAJ,PETER , | P-68888 | MI1 |
| D01 | PROOF FILED | | | MI1 |
| | PROOF OF SERVICE | | | MI1 |
| | MISCELLANEOUS | | | MI1 |
| | DFT'S OBJ TO MOTION FOR SANCTIONS | GOJCAJ,PETER , | P-68888 | MI1 |
| P01 | MOTION FILED | | | MI1 |
| | APPLICATION FOR EVICTION, LANDLORD-TENANT/LAND | | | MI1 |
| | CONTRACT | GOJCAJ,PETER , | P-68888 | MI1 |
| P01 | PROOF FILED | | | MI1 |
| | PROOF OF SERVICE | | | |
| 05/12/25 | | | | MI1 |
| | MISCELLANEOUS | | | FT |
| | DFT'S OBJ IN OPP TO AMEND MOTION FOR DISMISSAL | | | MI1 |
| | AND SANCTIONS | | | MI1 |
| | EXHIBIT LOG | | | MI1 |
| D01 | MOTION FILED | | | MI1 |
| | MOTION, GENERAL | | | MI1 |
| | DISQUALIFICATION | | | |
| 05/13/25 | | | | MI1 |
| P01 | MIFILE FILING FEE PAID $15.00 | | | MI1 |
| | RCPT #681CFA0373343DF1E03FC74E | | | MI1 |
| | MISCELLANEOUS | | | MI1 |
| | DFT'S OBJ IN OPPOSITION TO APPLICATION FOR | | | MI1 |
| | EVICTION | | | MI1 |
| | MISCELLANEOUS | | | |
| 05/14/25 | | | | MI1 |
| D01 | MIFILE FILING FEE PAID $20.00 | | | MI1 |
| | RCPT #68220971C544E69C201ADC46 | GOJCAJ,PETER , | P-68888 | MI1 |
| P01 | ORDER FOR EVICTION ENTERED | | | MI1 |
| | ORDER OF EVICTION | | | |
| 05/15/25 | | | | MI1 |
| D01 | ORDER ENTERED | | | MI1 |
| | ORDER, GENERAL | | | MI1 |
| | OF DISQUALIFICATION/REASSIGNMENT | | | MI1 |
| P01 | ORDER ENTERED | | | MI1 |
| | ORDER, GENERAL | | | MI1 |
| | OF DISQUALIFICATION/REASSIGNMENT | | | FT |
| ALL | MOTION ADJOURNED    05/15/25 10:00A | | | |

Exhibit 1
Pg 6 of 8

ONE STOP CONTRACTING L v  JOHNSON/DAVON/        CASE#: 25-00860    PAGE:  5

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|

05/16/25                                                                        MI1
 P01     RETURN FOR EVICTION FILED                                              MI1
         RETURN ON EVICTION                                                     PB
         RECALLED - DO NOT EXECUTE

05/19/25                                                                        MI1
 D01     ORDER ENTERED                                                          MI1
         ORDER OF DISQUALIFICATION/REASSIGNMENT                                 MI1
 P01     ORDER ENTERED                                                          MI1
         ORDER OF DISQUALIFICATION/REASSIGNMENT                                 PB
         VOID- DO NOT EXECUTE ORDER OF EVICTION                                 MI1
         MISCELLANEOUS                                                          FT
         CASE ASSIGNED TO 40TH DC

05/20/25                                                                        MI1
 D01     ORDER ENTERED                                                          MI1
         ORDER, GENERAL                                                         MI1
         RESCINDING PRIOR ORDER DATED 05/14/2025                                MI1
 P01     ORDER ENTERED                                                          MI1
         ORDER, GENERAL                                                         MI1
         RESCINDING PRIOR ORDER DATED 05/14/2025

06/16/25                                                                        FT
 ALL     MOTION SCHEDULED (SANCTIO)
                          07/22/25 01:45P                                       FT
 ALL     NOTICE TO APPEAR ISSUED                                               FT
 D01     NOTICE TO APPEAR ISSUED                                               FT
 D01     COMMENTS:                                                             FT
 D01        MOTION WILL BE HEARD BEFORE JUDGE                                  FT
 D01        FRATARCANGELI ZOOM ID #8695735012                                  MI1
 D01     NOTICE OF HEARING FILED                                              MI1
         NOTICE OF HEARING                                                     MI1
 P01     NOTICE OF HEARING FILED                                              MI1
         NOTICE OF HEARING

06/23/25                                 GOJCAJ,PETER ,    P-68888            MI1
 P01     PROOF FILED                                                          MI1
         PROOF OF ELECTRONIC SERVICE       GOJCAJ,PETER ,   P-68888           MI1
 P01     MOTION FILED                                                         MI1
         MOTION, GENERAL                                                      MI1
         FOR EVICTION

06/25/25                                 GOJCAJ,PETER ,    P-68888            MI1
 P01     MOTION FILED                                                         MI1
         MOTION, GENERAL                                                      MI1
         FOR EVICTION                      GOJCAJ,PETER ,   P-68888           MI1
 P01     NOTICE OF HEARING FILED                                              MI1
         NOTICE OF HEARING                 GOJCAJ,PETER ,   P-68888           MI1
 P01     PROOF FILED                                                          MI1
         PROOF OF ELECTRONIC SERVICE       GOJCAJ,PETER ,   P-68888           MI1
 P01     BRIEFS FILED                                                         MI1
         BRIEF

06/27/25                                                                      MI1
 P01     MIFILE FILING FEE PAID $20.00                                        MI1
         RCPT #68590D1973343DF1E0587C50                                       FT
 ALL     MOTION FOR EVICTION SCHEDULED                                        FT
                          07/22/25 01:45P                                      MI1
 P01     MIFILE FILING FEE PAID $20.00                                        MI1
         RCPT #685BBA6B7976C7D135A97281                                       FT
         MOTIONS ARE SET BEFORE JUDGE FRATARCANGELI AT

                        Exhibit 1
                        pg 7 of 8

ONE STOP CONTRACTING L v  JOHNSON/DAVON/            CASE#: 25-00860      PAGE:  6

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|-------------------------------|----------|
| 06/27/25 | | FT |
| | 40TH DC | |
| 07/17/25 | | MI1 |
| | MISCELLANEOUS | MI1 |
| D01 | PROOF FILED | MI1 |
| | PROOF OF ELECTRONIC SERVICE | |
| 07/21/25 | | FT |
| D01 | NOTICE TO APPEAR ISSUED | FT |
| D01 | COMMENTS: | FT |
| D01 |    JUDGE WANTS MOTION IN PERSON | MI1 |
| ALL | NOTICE FILED | MI1 |
| | NOTICE (GENERAL) | |
| 07/22/25 | | FT |
| ALL | MOTION HELD (40TH DC) | FT |
| ALL | MOTION FOR EVICTION HELD (40TH DC) | FT |
| | MOTION FOR SANCTION DISMISSED W/PREJ | FT |
| | MOTION FOR EVICTION GRANTED | MI1 |
| D01 | ORDER FOR EVICTION ENTERED | MI1 |
| | ORDER OF EVICTION | MI1 |
| D01 | ORDER ENTERED | MI1 |
| | ORDER, GENERAL | |

***** END OF REGISTER OF ACTIONS ***** 07/25/25 09:02

Exhibit 1
pg 8 of 8

# Exhibit

# 2

Exhibit 2
pg 1 of 2

Approved, SCAO

| 38th | **STATE OF MICHIGAN**<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **ORDER OF**<br>**DISQUALIFICATION/REASSIGNMENT** | **CASE NO.**<br>25-00860-LT |
|---|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 16101 E. 9 Mile Road, Eastpointe, Michigan 48021 | 586-445-5020 |

| Plaintiff name(s) and address(es)<br>ONE STOP CONTRACTING LLC | v | Defendant name(s) and address(es)<br>DAVON JOHNSON<br>23027 Tuscany<br>Eastpointe, MI 48021 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>PETER GOJCAJ P68888<br>838 W. Long Lake Road, Ste. 215<br>Bloomfield, MI 48302<br>(248) 396-2088 | | Defendant's attorney, bar no., address, and telephone no.<br>In Pro Per |

In the matter of _____

**IT IS ORDERED:**

I, Hon. Kathleen G. Galen_____ P42727_____,  ☐ on motion of _____
                                    Bar no.      ☑ on my own motion,
am disqualified under MCR 2.003 from hearing this case and I am requesting assignment of another judge for the following reason:

☐ 1. I am biased or prejudiced for or against a party or attorney.

☑ 2. I have, based on objective and reasonable perceptions, a serious risk of actual bias impacting the due process rights of a party as enunciated in *Caperton v Massey*, 556 US 868; 129 S Ct 2252; 173 L Ed 2d 1208 (2009).

☐ 3. I believe, based on objective and reasonable perceptions, my continued assignment would create an appearance of impropriety.

☐ 4. I have personal knowledge of disputed evidentiary facts concerning the proceeding.

☐ 5. I have been consulted or employed as an attorney in the matter in controversy.

☐ 6. I was a partner of a party, attorney for a party, or a member of a law firm representing a party within the preceding two years.

☐ 7. I know that I, individually or as a fiduciary, or my spouse, parent, or child wherever residing, or any other member of my family residing in my household, have more than a de minimis economic interest in the subject matter in controversy that could be substantially impacted by the proceeding.

☒ 8. I or my spouse, or a person within the third degree of relationship to either of us, or the spouse of such a person: (i) is a party to the proceeding, or an officer, director, or trustee of a party; (ii) is acting as a lawyer in the proceeding; (iii) is known by me to have a more than de minimis interest that could be substantially affected by the proceeding; or (iv) is to my knowledge likely to be a material witness in the proceeding. *Defendant named Judge in Suit and*

☐ 9. Other: (specify) *Pending Federal Suit (Defendant named judge)*

| 5-14-25 | _Kathleen G. Galen_ P42727 |
|---|---|
| Date | Judge      Bar no. |

MC 264 (3/12) **ORDER OF DISQUALIFICATION/REASSIGNMENT**                    MCR 2.003, MCR 8.111(C)

*Exhibit C*
*Pg 2 of 3*

ADDITIONAL DISQUALIFICATIONS

NOTE: If there are not enough signature slots, attach additional sheets.

The undersigned judge(s) is/are also disqualified and refer by number to the reason printed on the front of this form.
NOTE:  IF REASON 9 IS ENTERED, THE COMMENT SECTION MUST BE COMPLETED.

| REASON 1-9 | DATE | SIGNATURE | COMMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

REQUEST FOR REFERRAL TO SCAO

All of the judges of this court have disqualified themselves and have signed this order, indicating their reason for disqualification pursuant to MCR 2.003.

The designated Visiting Judge Clerk shall submit a copy of this order, ALONG WITH THE REQUEST FOR ASSIGNMENT, to the appropriate State Court Administrative Office to have another judge assigned to hear this case pursuant to MCR 2.003(D)(4).

5-14-25
Date                                    Chief Judge                    P43727
                                                                        Bar no.

INTERNAL REASSIGNMENT REQUEST

Judge _____ has been chosen by lot or local administrative order from the judges not
                        Bar no.
disqualified in this case. I request that this case be reassigned to this judge.

_____
Date                                    Court Administrator or Clerk of the Court

Reassignment approved as requested.

_____
Date                                    Chief Judge                    Bar no.

Exhibit 2
pg 3 of 3

# Exhibit

# 3

Exhibit 3
pg 1 of 2

Approved, SCAO

| | | |
|---|---|---|
| | 3rd copy - Opposing party | 4th copy - Moving party |
| 1st copy - Assignment Clerk/Extra | | |
| 2nd copy- Friend of the Court/Extra | | |

STATE OF MICHIGAN
**38th**
JUDICIAL CIRCUIT
JUDICIAL DISTRICT
**District Court** COUNTY

**ORDER**

CASE NO.

25-860-CT

Court address  16101 Nine Mile Rd, East Pointe, Mi 48021   Court telephone no. 586-445-5020

Plaintiff name(s), address(es), and telephone no(s).
ONE STOP CONTRACTING, LLC

v

Defendant name(s), address(es), and telephone no(s).
DAVON JOHNSON + all occupants
23027 Tuscany
Eastpointe, MI 48021

Plaintiff's attorney, bar no., address, and telephone no.
PETER GOOCAJ (P68883)
838 W. Long Lake Road, Ste. 215
Bloomfield Hills, MI 48302

Defendant's attorney, bar no., address, and telephone no.
Counterclaim Defendants
Marlayna Schoen & Marlayna Schoen PLLC

1. Motion title: MOTION FOR DISMISSAL

2. Moving party: Marlayna Schoen PLLC + Marlayna Schoen

3. This motion was heard by the Honorable Judge Kathleen Galen on Date 4/10/2025

☑ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is
☐ granted.
☐ granted in part, denied in part.
☐ denied.

☑ The court further orders For the reasons set forth by Judge Galen on the record on April 10, 2025. The counterclaims against Marlayna Schoen & Marlayna Schoen PLLC are dismissed w/ prejudice.

Motion for sanctions was held under advisement.

Date 7.22.25

Judge _____ Bar no. P47117

FILED IN 38TH DISTRICT COURT; 7/22/2025 3:51 PM

MC 327   (6/17)   ORDER

Exhibit 3
pg 2 of 2

# Exhibit

# 4

Exhibit 4
pg 1 of 2

| STATE OF MICHIGAN JUDICIAL DISTRICT<br>38ᵗʰ **District Ct.** | **APPLICATION AND ORDER OF EVICTION** Landlord-Tenant / Land Contract | **CASE NO. and JUDGE**<br>25-860-CT |
|---|---|---|

Court address
**16101 Nine mile Rd. East Pointe, Mi 48021**

Court telephone no.
**586-445-2020**

Plaintiff's name, address, and telephone no.
**ONE STOP CONTRACTING LLC**
**c/o Plaintiffs Attorney**
**Simon - 586-344-2200**

v

Defendant's name, address, and telephone no.
**DAVON JOHNSON + all occupants**
**23027 Tuscany**
**Eastpointe, MI 48021**

Plaintiff's attorney, bar no., address, and telephone no.
**PETER GOJCAJ (P68888)**
**838 W. Long Lake Road, Ste. 215**
**Bloomfield Hills, MI 48302**
**248-296-2088**

Defendant's attorney, bar no., address, and telephone no.

**APPLICATION**

NOTE: An application may be required even though a
request for an order of eviction is granted in the judgment.

1. On Date **4/11/2025** _____ judgment was entered against the defendant(s) and the plaintiff was awarded possession of the following described property: **23027 Tuscany, Eastpointe MI 48021**

2. No payment has been made on the judgment or no rent has been received since the date of judgment, except the sum of $ **0** _____ received under the following conditions: **Holdover after foreclosure, No tenancy + No rent received. Judgment allowed for eviction to be made after April 21, 2025**

3. The plaintiff has complied with the terms of the judgment.

4. The time stated in the judgment before an order of eviction can be issued has elapsed.

I declare under the penalties of perjury that this application has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Date **7/22/25**

Plaintiff/Attorney signature

**ORDER OF EVICTION**

IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:
To the Court Officer: You are ordered to restore the plaintiff to, and put the plaintiff in, full possession of the premises.

NOTE: In tenancy cases, this order must be executed within 56 days of the issuance date.

Judge signature and date **7-22-25**

Approved, SCAO
Form DC 107, Rev. 11/23
MCL 600.5744, MCR 4.201(M), MCR 4.202(K)
Page 1 of 2

Distribute form to:
Officer return
Court
Defendant
Plaintiff

**Exhibit 4**
**Pg 23 of 2**

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: Macomb

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Johnson, Davon
19660 Elkhart St.
Harper Woods, MI 48225

**(b)** County of Residence of First Listed Plaintiff   Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys (Firm Name, Address, and Telephone Number)

## DEFENDANTS
Galen, Kathleen C.,
Fratarcangeli, Mark-Alan
Michigan B.A.R. Association

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983

Brief description of cause:
Violation of Due Process

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 200,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   Galen/Fratarcangeli
DOCKET NUMBER   25-00860-LT

DATE
August 27, 2025

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                          ■ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


2.          Other than stated above, are there any pending or previously     ■ Yes
            discontinued or dismissed companion cases in this or any other   ☐ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

   If yes, give the following information:

   Court:  38TH & 40TH District's_____

   Case No.:  25-00860-LT_____

   Judge:  Galen & Fratarcangeli_____


Notes :